IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  06-3237 |
| ) | |
| BRYON D. KUNZEMAN, ) | |
| DANA D. KUNZEMAN, and ) | |
| NATIONAL CITY BANK, ) | |
| ) | |
| Defendants. ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on the United States' Motion for Order for Distribution and Transfer of Sale Surplus to Clerk (d/e 25).  The Court previously ordered the United States Marshal to disburse from the proceeds of the foreclosure sale in this matter the sum of $45,751.97 to the United States and the sum of $967.90 to the United States Marshal Service.  <u>Decree Confirming Sale entered July 25, 2007 (d/e 24)</u>, at 3.  The Court reserved ruling on the disbursal of the remaining proceeds consisting of the sum of $14,780.13 (Surplus).  The United States asks for an order directing the United States Marshal to disburse the Surplus to the Clerk of

1

this Court to be held pending resolution of the claims to the Surplus of the Defendants Bryon D. Kunzeman, Dana D. Kunzeman, and National City Bank. The Defendants waived service of process and submitted to the jurisdiction of this Court. <u>Waivers of Service of Process Returned Executed (d/e 8, 9 & 10)</u>. The Court has considered the matter, and will allow the Motion, subject to the United States providing notice to the Defendants of the deadline for asserting claims to the Surplus. The Defendants are directed to assert any claims to the Surplus by December 31, 2007. The United States is directed to send written notice to each Defendant of the existence of the Surplus and the deadline for asserting claims in this case with this Court.

THEREFORE, United States' Motion for Order for Distribution and Transfer of Sale Surplus to Clerk (d/e 25) is ALLOWED. Pursuant to the Decree Confirming Sale entered July 25, 2007 (d/e 24), the United States Marshal is directed to disburse, from the proceeds of the foreclosure sale, the sum of $45,751.97 to the United States and the sum of $967.90 to the United States Marshal Service. The United States Marshal is also directed to deposit with the Clerk the remaining Surplus from the proceeds in the sum of $14,780.13, to be held pending further order of this Court. If any

of the Defendants, Bryon D. Kunzeman, Dana D. Kunzeman, and National City Bank, claim to be entitled to any or all of the Surplus, they are directed to file written claims to the Surplus by December 31, 2007, setting forth the amount claimed and the basis for the claim. The United States is directed to send written notice by first class mail to the Defendants of the deadline for filing such claims along with a copy of this Opinion, and to file a certificate of service by October 19, 2007, verifying that such notice was sent.

IT IS THEREFORE SO ORDERED.

ENTER: October 10, 2007

    FOR THE COURT:

        s/ Jeanne E. Scott
        JEANNE E. SCOTT
        UNITED STATES DISTRICT JUDGE